# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 12-26(8) (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| ALEX JOHN JONES, | |
| Defendant. | |

This matter is before the Court upon the motion of the government for an extension of time, Docket No. 1816. The Motion is GRANTED. **IT IS HEREBY ORDERED** that the United States will respond to defendant's sentence-reduction motion, Docket No. 1809, by February 14, 2018.

DATED: February 6, 2018  
at Minneapolis, Minnesota                     s/John R. Tunheim  
                                                                JOHN R. TUNHEIM  
                                                                Chief Judge  
                                                                United States District Court